Louise Wist, Administratrix of Estate of Arthur B. Wist, Deceased, Appellee, v. Norman B. Pitcairn et al., Appellants.

Gen. No. 9,145. (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed April 15, 1940. Thompson & Martensen and Claude M. Swanson, for appellants; N. S. Brown, of counsel; Lindley, Pacey & Johnson, for appellee; Stanley L. Shetler, of counsel. Opinion by JUSTICE HAYES. ''Not to be published in full.''